IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Jeremy Valencia, | NO. C 11-06177 JW |
| Plaintiff, | **ORDER DECLINING TO CONSIDER PLAINTIFF'S REQUEST FOR REMAND AS IMPROPERLY FILED** |
| v. | |
| Sharp Elecs. Corp., et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Request for Remand. (Docket Item No. 22.) In his Request, Plaintiff contends that "justice . . . requires [the Court] to recognize that it has no subject matter jurisdiction over this matter and [that] the [Court] must relinquish this case to the California Superior Court forthwith, so that justice will not be further delayed." (Id. at 2.)

The Civil Local Rules state that "[a]ny written request to the Court for an order must be presented" to the Court by one of a specified number of means, including a "[d]uly noticed motion pursuant to Civil L.R. 7-2." Civ. L.R. 7-1(a). The Local Rules also state that "[e]xcept as otherwise ordered or permitted by the assigned Judge or [the Local Rules], and except for motions made during the course of a trial or hearing, all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." Id. 7-2(a).

Upon review, the Court finds that Plaintiff's Request for Remand does not comply with the Civil Local Rules. In particular, Plaintiff filed his Request for Remand as a "Statement," rather than noticing it for a hearing pursuant to the Local Rules.[1] (See Request for Remand.)

Accordingly, the Court declines to consider Plaintiff's Request for Remand. If Plaintiff wishes the Court to address the merits of his Request for Remand, he shall file a duly noticed Motion pursuant to the Civil Local Rules.

Dated: March 5, 2012

JAMES WARE
United States District Chief Judge

---

[1] Although the Court liberally construes similar submissions by *pro se* plaintiffs as Motions, Plaintiff in this case is represented by counsel.

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Martin Barnett Reiner martinreinerlaw@yahoo.com
Michael Gayland Pedhirney mpedhirney@littler.com

**Dated: March 5, 2012**              **Richard W. Wieking, Clerk**


                                      **By:   /s/ JW Chambers             **
                                           **Susan Imbriani**
                                           **Courtroom Deputy**